IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-93-500-CR


NO. 3-93-501-CR


AND


NO. 3-93-502-CR




JOHNNY HAYNES,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT



NOS. 93-028, 93-053, & 93-055 



HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING


 




PER CURIAM

 Johnny Haynes seeks to appeal from judgments of conviction for burglary of a
building, possession of cocaine, and kidnapping. The punishment in each cause is imprisonment
for sixteen years.

 No motions for new trial were filed in these causes and notices of appeal were not
filed within thirty days following imposition of sentences. Tex. R. App. P. 41(b)(1). Without
a timely filed notice of appeal, this Court is without jurisdiction. Shute v. State, 744 S.W.2d 96
(Tex. Crim. App. 1988).

 The appeals are dismissed.


Before Justices Powers, Jones and Kidd

Appeal Dismissed on All Causes

Filed: October 6, 1993

Do Not Publish